UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JAMES CUMISKEY,
    Plaintiff,

v                                       Case No.: 1:15-cv-00560
                                        Hon. Paul L. Maloney

SHERMETA LAW GROUP, P.C.,
    Defendant.
_____/

| B. Thomas Golden (P70822) | Tricia N. McKinnon (P60448) |
|---|---|
| Golden Law Offices, P.C. | Shermeta Law Group, P.C. |
| Attorneys for Plaintiff | Attorney for Defendant |
| 2186 West Main Street | P.O. Box 5016 |
| P.O. Box 9 | Rochester, MI 48308 |
| Lowell, MI  49331 | (248) 519-1700 |
| (616) 897-2900 | Fax (248) 519-1701 |
| Fax (616) 897-2907 | tmckinnon@shermeta.com |
| btg@bthomasgolden.com | |

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

    Pursuant to the stipulation of the parties,

    IT IS HEREBY ORDERED that the within action is dismissed with prejudice and without costs or attorney fees to either party.


Dated: December 7, 2015                                 /s/ Paul L. Maloney
                                                                  United States District Judge